IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE AND CHARLES ROSE | : | |
| | : | |
| | : | CIVIL ACTION NO. 02-4675 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendants. | | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendants in the above-captioned matter.

```
                                    _____
                                    VIRGINIA R. POWEL
                                    Assistant United States Attorney
                                    615 Chestnut Street, Suite 1250
                                    Philadelphia, PA 19106
                                    (215) 861-8263
                                    PA I.D. No. 32230
```

Dated: August 19, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Lawrence W. Saltzman, Esquire
>O'Donnell, O'Hara & Saltzman, LLC
>1931 Nottingham Way
>Hamilton, NJ 08619

 

_____
VIRGINIA R. POWEL
Assistant United States Attorney

Dated: August 19, 2002