IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE ROSE, ET AL          :          CIVIL ACTION
                             :
            v.               :
                             :
UNITED STATES OF AMERICA     :          NO.  02-4675

NOTICE

        AND NOW, this 4th day of September, 2002, please take
note that a

        [x] preliminary pretrial conference
        [ ] final pretrial conference
        [ ] settlement conference
        [ ] status conference

in the above-captioned case will be held on October 8, 2002
at 1:30 p.m. before the **Honorable John R. Padova.**  This
conference will be held

        [x] in chambers, Room 6614
        [ ] by telephone*
            *Counsel for the plaintiff will be responsible for
            contacting all parties, at which time you may
            contact Judge Padova's chambers at 215/597-1178.

        If trial counsel is on trial in a court of record prior
to the time of the conference, the Judge and opposing counsel
should be advised of this in writing at the earliest possible
date.  Another attorney in such trial counsel's office, who
should be as familiar as is feasible with the case, have
authority from the client, and an evaluation of the case for
settlement purposes, should appear at the conference.

        Failure to comply with this directive may result in the
imposition of sanctions. The conference will be continued to
another date only under exceptional circumstances.

ATTEST:                           or    BY THE COURT:


BY: _____                 _____
    Gerrie M. Keane                     JOHN R. PADOVA,          J.
    Deputy Clerk

cc: Lawrence W. Saltzman, Esquire
    Virginia R. Powel, Esquire

SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Padova's
Chambers three (3) days before the pretrial conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____    Non-Jury Trial _____    Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____    Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____    Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)?
_____ When? _____ If not, why? _____

_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)?
_____ When? _____ If not, why?_____

_____

Discovery completed? _____    If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:

_____

Ready for trial by: _____
                              Date
Is a settlement conference likely to be helpful? _____
If so, when: Early _____(yes/no)    After discovery _____
Do you expect to file a case-dispositive motion? _____
If so, by what date? _____
Trial time estimate: _____
Time to present your case: _____
Time for entire trial: _____
Date:_____                    _____
                                                        Signature of counsel preparing the form

                                                        _____
                                                        Typed or printed name