IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE, *et. al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 02-CV-4675 |

**O R D E R**

**AND NOW,** this 15th day of October, 2002, by consent of the parties, **IT IS HEREBY ORDERED** that Plaintiff Charles Rose's complaint is dismissed.

BY THE COURT:

_____
John R. Padova, J.