IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE, *et. al.* | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 02-CV-4675 |

**O R D E R**

**AND NOW,** this 15th day of October, 2002, upon agreement of counsel, **IT IS HEREBY ORDERED** that the above-captioned case shall be placed in the Arbitration Case Management Track, and the Clerk of Court shall schedule this case for an arbitration hearing.

BY THE COURT:

_____
John R. Padova, J.