IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE | : | CIVIL ACTION |
| v. | : : | No. 02-4675 |
| UNITED STATES OF AMERICA | : : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on February 4, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                        Michael E. Kunz
                                        Clerk of Court


                                        By:_____
                                        Crystal Wardlaw
                                        Deputy Clerk
                                        Phone:267-299-7073

Date:<u>October 28, 2002</u>

Copies:      Andrea Mack, Courtroom Deputy to Judge John R. Padova
                 Docket Clerk - Case File

           Counsel:        Lawrence W. Saltzman, Esq.
                            Virginia R. Powel, Esq.

ARB2.FRM