VRP:FTCA:ROSE:ARBITRATION.EXTENSION.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE and CHARLES ROSE, her husband, Plaintiffs | : | |
| V. | : | Civil Action No. 02-CV-4675 |
| UNITED STATES OF AMERICA Defendant. | : | |

ORDER

AND NOW, this _____ day of ______________, 2003, upon consideration of the federal defendant's unopposed motion for a change of the arbitration date, and any response thereto, it is hereby

ORDERED

that the arbitration of the above-captioned matter is rescheduled from 9:30 a.m. on February 4, 2003 until 9:30 a.m. on ___________________________, 2003.

BY THE COURT:

______________________________

JOHN R. PADOVA
*Judge, United States District Court*

VRP:FTCA:ROSE:ARBITRATION.EXTENSION.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE ROSE and :
CHARLES ROSE, her husband, :
Plaintiffs :
:
v. : Civil Action No. 02-CV-4675
:
UNITED STATES OF AMERICA :
Defendant. :

FEDERAL DEFENDANT'S UNOPPOSED MOTION
FOR A CHANGE OF THE ARBITRATION DATE

Now comes the federal defendant, by and through its undersigned counsel, and respectfully requests that the Court set a new date for the arbitration scheduled for February 4, 2003 in the above-captioned case. Counsel for the federal defendant has been unable to properly prepare for the arbitration due to a medical emergency and is requesting a postponement of at least sixty days.

A memorandum more fully setting forth the reasons for this request accompanies this motion.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

___________________________________
VIRGINIA R. POWEL
Assistant United States Attorney
Attorney I.D. No. 32230

Dated: January 28, 2003

VRP:FTCA:ROSE:ARBITRATION.EXTENSION.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE ROSE and
CHARLES ROSE, her husband,
Plaintiffs

v.

UNITED STATES OF AMERICA
Defendant.

Civil Action No. 02-CV-4675

FEDERAL DEFENDANT'S MEMORANDUM IN SUPPORT OF
ITS UNOPPOSED
MOTION FOR A CHANGE OF THE ARBITRATION DATE

The federal defendant respectfully requests a sixty day extension of the February 4, 2003 scheduled date for the arbitration of the above-captioned case. Counsel for the federal defendant was involved in an accident requiring surgery to repair multiple fractures to her wrist. Counsel was unable to engage in discovery during the resulting absence from the office or prepare for the arbitration. Her efficiency continues to be somewhat impaired.

This is the first request for an extension. Opposing counsel has authorized me to state that he has no objection to the extension.

WHEREFORE, the federal defendant respectfully requests that this Honorable Court grant its request and reschedule the arbitration presently scheduled for 9:30 a.m. February 4, 2003 for

a date at least sixty days later.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

________________________________
VIRGINIA R. POWEL
Assistant United States Attorney
Attorney I.D. No. 32230

VRP:FTCA:ROSE:ARBITRATION.EXTENSION.WPD

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Federal Defendant's Unopposed Motion for a Change of the Arbitration Date, Memorandum and proposed Order was served by first class certified mail, postage prepaid, upon the following:

Lawrence W. Saltzman, Esquire
O'Donnell, O'Hara & Saltzman, LLC
1931 Nottingham Way
Trenton, NJ 08619

______________________________
VIRGINIA R. POWEL
Assistant United States Attorney

Dated: January 28, 2003