## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| BERNICE ROSE | | |
| | : | |
| v. | | |
| | : | |
| | | No. 02-4675 |
| | : | |
| UNITED STATES OF AMERICA | | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on March 19, 2003. **PLEASE NOTE THAT THIS ARBITRATION**

**HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST.,**

**PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from Feb. 4, 2003 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:February 14, 2003

Copies:      Andrea Mack, Courtroom Deputy to Judge John R. Padova
             Docket Clerk - Case File

             Counsel:      Lawrence W. Saltzman, Esq.
                           Virginia R. Powel, Esq.

ARB2.FRM