IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE, *et. al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 02-CV-4675 |

**O R D E R**

**AND NOW**, this 19th day of March, 2003, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel Discovery (Docket # 18) is **GRANTED.** Plaintiff shall serve Defendant with responses to Defendant's First Set of Interrogatories and First Request for Documents on or before March 27, 2003.

BY THE COURT:

_____

John R. Padova, J.