IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNICE ROSE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4675 |
| UNITED STATES OF AMERICA | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on April 21, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from March 19, 2003 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone: 267-299-7073

Date: March 28, 2003

Copies:   Andrea Mack, Courtroom Deputy to Judge John R. Padova
Docket Clerk - Case File

Counsel:      Lawrence W. Saltzman, Esq.
              Virginia R. Powel, Esq.
Arbitrators:  Arnold Laikin, Esq.
              Faith Leibman, Esq.
              Mark Welge, Esq.

ARB2.FRM