```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE ROSE and CHARLES ROSE    :
                                 :
     Plaintiffs,                 :
                                 :
     v.                          :  CIVIL ACTION NO. 02-4675
                                 :
UNITED STATES OF AMERICA         :
                                 :
     Defendants.                 :
```

### WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Defendants in the above-captioned matter.

                                        VIRGINIA R. POWEL
                                        Assistant United States Attorney
                                        615 Chestnut Street, Suite 1250
                                        Philadelphia, PA 19106
                                        (215) 861-8263

Dated: April 2, 2003

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendants in the above-captioned matter.

                                        LINDA SHAFER BOCCHINO
                                        Assistant United States Attorney
                                        615 Chestnut Street, Suite 1250
                                        Philadelphia, PA 19106
                                        (215) 861-8323

Dated: April 2, 2003

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

    Joseph P. O'Donnell, Esq.
O'Donnell, O'Hara & Saltzman, LLC
1931 Nottingham Way
Trenton, NJ 08619

_____
Linda Shafer Bocchino
Assistant United States Attorney

Dated: April 2, 2003