IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE ROSE                          :
                                      :     CIVIL ACTION
           v.                         :
                                      :     NO. 02-4675
UNITED STATES OF AMERICA              :
                                      :

**ORDER SUBSTITUTING AN ARBITRATOR**

  AND NOW, this    day of     ,   , it is hereby

  ORDERED that Aaron Rappeport, Esq.. is replaced as an arbitrator on April 21, 2003, 9:30 a.m.  It is hereby

  FURTHER ORDERED that Faith Leibman, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
JOHN R. PADOVA, J.

ARB8 (12/82)