IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| BERNICE ROSE | : |  |
|  | : |  |
| v. | : |  |
| UNITED STATES OF AMERICA | : |  |
|  | : | NO. 02-4675 |

**CIVIL JUDGMENT**

BEFORE JUDGE PADOVA

    AND NOW, this           day of                    ,           , it appearing that an Arbitration Award was entered and filed on April 23, 2003, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

    ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff Bernice Rose and against defendant United States of America in the amount of $32,000.00 and in favor of defendant United States of America and against plaintiff Charles Rose.

ATTEST:                              OR                              BY THE COURT:


By:_____                                          _____
Deputy Clerk                                                 JOHN R. PADOVA, J.

ARB 16